OPERATING ENGINEERS PENSION TRUST, et al., Plaintiffs–Appellants,

v.

Thomas G. DANIEL, an individual, doing business as Consolidated Concrete Pumping, Defendant–Appellee.

No. 87–6057.

United States Court of Appeals,
Ninth Circuit.

Oct. 21, 1988.

Before BRUNETTI, KOZINSKI and THOMPSON, Circuit Judges.

ORDER

The petition for rehearing is granted. The previous opinion, filed July 1, 1988, is withdrawn, and a memorandum disposition is filed in its stead. The suggestion for rehearing en banc is dismissed as moot.